IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLOYD BRISSETTE SR., | No C 07-03922 VRW (PR) |
| Plaintiff, | ORDER |
| v. | |
| ROD HIGGINS, | |
| Defendant(s). | |

Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file the First Amended Complaint by no later than January 31, 2008.

No further extensions of time will be granted.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.07\Brissette, T1.eot.wpd