UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


Brissette,

          Plaintiff,

  v.

Higgins

          Defendant.

Case Number: C07-3922   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Floyd Brissette, Sr
D12613 A2B115
PBSP
P.O. Box 7500
Crescent City, CA 95531


Dated: December 18, 2007

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk