THOMAS FLOYD BRISSETTE,SR.
   D1261|3#A7C123
   P.O. BOX 7500
PELICAN,BAY,STATE,PRISON
CRESCENT,CITY,CALIFORNIA,95531
   IN PROPRIA PERSONAM



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THOMAS FLOYD BRISSETTE,SR.<br>PLAINTIFF<br><br>V.<br><br>ROD HIGGIN,   DEFENDANTS | MOTION AND AFFIDAVIT FOR<br>EXTENSION OF TIME TO AMMEND<br>COMPLAINT<br><br>NO. 07*03922 VRW(PR) |
|---|---|

     Come's now Thomas Floyd Brissette,sr.,Who is the Plaintiff in the above entitiled matter.Do herenow Respectfully Request to be heard in the above entitled court at 9am on the7th day of Febuary of 2008,or as soon as the court's calender will allow it.

     Plaintiff Is representing hemself in propri personam,and a layman at law.Request an extension of time of sixtyfive days to amend the above entitled matter.

     ON 11*29*2007 this court granted plaintiff Apllication to Proceed IN FOMRA PAUPERIS,the court alson instructed plaintiff to amend plaintiff's complaint.Plaintiff sent a letter to the court requesting information, and explaining plaintiff's current situation here at Pelican,Bay, State,Prison.The court sent plaintiff back an order with an extension of time until January 31st.2008 to amend plaintiff's complaint. Due to the fact that plaintiff was already working on another complaint

1.

case number C 057*626 (VRW)(PR) at a complete lost trying to understand
the complex nature of the case law that was sited by Defendant's Summary
Judgement Request with the same Deadeline date of January 31st of 2008.
    The easyest way to say it,Plaintiff is not smarte enought to work on
more then one case at a time.Plaintiff has been harrassed and retalliated
against so much that plaintiff has not been able to meet the deadline,that
was set for the other complaint which was also set for January 31st.2008.
Plaintiff has requested an extension of time for that case as well.Due
to cercumstances out of plaintiffs controle.Currently it is impossible
for plaintiff to be able to work on summary judgement for case no.C 057*626
VRW(PR),and amend the complaint for this case.The Defendant's has placed
the inmate who was helping plaintiff with plaintiff's legal matter's
in Administraightive Segragation leon Davis,and I am not allowed contac
with.Plaintiff has been moved from cell to cell to building to build.
has been placed in a job assigment that requries plaintiff to be out of
plaintiff cell from 7.15 to 3.00 in the the afternoon,Defendant's keep
Playing with the dosage and time that plaintiff,is to get plaintiff's
narcolepsy medication.Which cause's plaintiff to sleep,durine time's
when plaintiff should have been working,on this and the othre complaint.
Also plaintiff has only been being allowd one day out of a week in the
law library for two hour's,two and a half at most.Ive been called typewrter
boy,had a mini 14 assault rifle pointed atplaintiff,plaintiff's walking
aid has been taken,after it was reissued.Just like plaintiff said,plaintiff's
pesrscription transition eyeglass'es has been taken.And a whole host
of thing's that this court may or may not want to hear about.for these
reason and more plaintiff Request that the extention of time be granted,
and starte on the 31st. Day of January Of 2008 and to end on the 16th
Day of April of 2008.
Plaintiff Thomas Floyd Brissette,Do here now swear under the penalty
of perjury that the foregoing is true and correct to the best of his

knowledge.Exicuted on this 31st Day Of january Of 2008 in pelican,Bay, State,Prison,in the city of Crescent,City,State of California 95531
by: _____
    THOMAS FLOYD BRISSETTE,SR,
    IN PROPRIA PERSONAM

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, _BRISSETTE, THOMAS_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit __7__ Cell _123_ Number _123_, Crescent City, CA 95532-7500.

On the __4th__ day of __Feb. 2008__, I served the following (set forth the exact title of document[s] served):

_EXTENSION OF TIME_

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE #11000
SAN FRANCISCO 94102

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE CA 94102

I declare under penalty of perjury that the foregoing is true and correct:

_[signature]_     Feb. 4 2008
Inmate Signature        Date

✓