IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLOYD BRISSETTE SR., | No. C 07-3922 VRW (PR) |
| Plaintiff, | ORDER |
| v. | |
| ROD HIGGINS, | |
| Defendant(s). | |

    Good cause appearing, plaintiff's request for an extension of time to file an amended complaint is GRANTED IN PART. Plaintiff shall file an amended complaint by no later than April 18, 2008.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 10.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.07\Brissette, T1.eot3.wpd