UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THOMAS FLOYD BRISSETTE SR.,

        Plaintiff,

  v.

R. HIGGINS et al,

        Defendant.

Case Number: C07-3922 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Floyd Brissette D12613 A2B115
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95531

Dated: March 25, 2008

                              Richard W. Wieking, Clerk
                              By: Cora Klein, Deputy Clerk