THOMAS FLOYD BRISSETTE,SR.
   D12613#A7C123
   P.O. BOX 7500
PELICAN,BAY,STATE,PRISON
CRESCENT,CITY,CALIFORNIA 95531
   IN PROPRIA PERSONAM



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| THOMAS FLOYD BRISSETTE,SR.<br>          PLAINTIFF<br><br>V<br><br>ROD HIGGINS<br>          DEFENDANTS | CASE NO.C 07*3922 VRW (PR) |

   To the clerk of the court and the Honorable United States
District Cheif Judge Vaughn R Walker.
Comes now Thomas Floyd Brissette,sr.Who is the plaintiff in the above
intitled action ,Do herenow Respectfully request to be heard,Just as
soon as the court's calender will allow it.
On 3*25* of 2008this court issued an order granting an extension of
time to file and amended complaint until the 18th Day Of April Of 2008,
to Plaintiff.As this court is awere of plaintiff has recently submitted
his opposition to defendant's Summary Judgement in another matter in
this court to this honoble United States District Cheif Judge V.R.Walker,
Plaintiff's original and ONLY copy of plaintiff's opposition of defendants
Motion for Summary Judgement.Dut to the fact that Defendants refused
to provide plaintiff wtith Copies.
Besides the fact that Plaintiff has just finished the Summary Juddement

With only a few day's befor the deadline of this matter on the 18th
Day Of Aprial Of 2008.Plaintiff has lost the original instruction
from this court.Instruction plaintiff what the descrampency is are
and what must been done to be done to correct and amend the complaint.
Plaintiff herenow request a copy of those instructions.So Plaintiff
can adhere to the courts order of instructions to amend plaintfs complaint.
Plaintiff is also requesting that Plaintiff be allowed thirty (30) days
from the time of recepte of order of instructions to amend the complsint.
That without these instructions and extension of time,it will be impossible
for plaintiff to amend the complaint.

    This request has been respectfuly submitted,that Plaintiff herenow
swear under the penalty of perjury that the foregoing is true and
correct to the best of plaintiffs knowledge.On this 17th Day OF April
of 2008.By *[signature]*
THOMAS FLOYD BRISSETTE,SR.

## PROOF OF SERVICE BY A PERSON IN STATE CUSTODY

I THOMAS FLOYD BRISSETTE,SR. DO HEREBY DECLEAR THAT,I AM OVER THE
AGE OF 18 YEARS AND THAT I AM A PARTY TO THE WITHIN.
THAT ON THE 17TH DAY OF APRIL OF 2008,ISERVED A TRUE COPY OF AN
REQUEST OF PREVIOUS ORDER TO AMEND COMPLAINT AND EXTENSION OF TIME
TO FIL PLAINTIFFS AMENEDED COMPLASINT.
BY PLACING IT IN A SEALED ENVELOPE IN THE PRESENCE OF CALIFORNIA
CORRECTIONAL REHABILITATIONAL OFFICER IN A PREPAIED ENVELOPE AND
PLACED IT IN THE MAIL FOR MAILING FROM THE CITY OF CRESCENT CITY,CALFORNIA.
AND SERVED ONE COPY OF EACH OF THE FOLLOWING TO

OFFICE OF THE CLERK,U.S. DISTRICT COURT
NORTHERNDISTRICT OF CLAIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO,CALIFORNIA 94102


DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN,GATE AVENUE SUITE 11000
SAN FRANCISCO,CALIFORNIA 94102


EXICUTED ON THIS 17TH DAY OPF APRIL OF 2008 HERE IN PELICAN, BAY,STATE,
PRISON IN THE CITY OF CRESCENT, CITY,CALIFORNIA 95531
BY *[signature]*
  THOMAS FLOYD BRISSETTE,SR
   IN PROPRI PERSONAM

THOMAS FLOYD BRISSETTE, SR.
D12613#A7C123
P.O. BOX 7500
PELICAN, BAY, STATE, PRISON
CRESCENT, CITY, CALIFORNIA 95531

PELICAN BAY
G.P. UNIT A-7

L E G A L M A I L

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIP CODE 95531
$ 00.41⁰
APR 18 2008
UNITED STATES POSTAGE
PITNEY BOWES

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN, DISTRICT, OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN, FRANCO, CALIFORNIA 94102

L E G A L M A I L

94102$3651 C034

L E G A L M A I L

T. Kulof 4-17-05

PBSP
INDIGENT ENVELOPES

PELICAN BAY
G.P. UNIT A-7
PELICAN BAY
G.P. UNIT A-7