1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


THOMAS FLOYD BRISSETTE, SR,            )
                                       )
              Plaintiff(s),            )        No C 07-3922 VRW (PR)
                                       )
        vs.                            )        ORDER OF DISMISSAL
                                       )
ROD HIGGINS, et al,                    )
                                       )
              Defendant(s).            )
—————————————————————                  )


          Per order filed on November 29, 2007, the court dismissed plaintiff's

prisoner complaint alleging inadequate medical care with leave to amend to

allege specific facts showing, if possible, that each defendant knew that  plaintiff

faced a substantial risk of serious harm and disregarded that risk by failing to take

reasonable steps to abate it.  Nov 29, 2007 Order at 2 (citing Farmer v Brennan,

511 US 825, 837 (1994)).  The court gave plaintiff 30 days to file an amended

complaint and warned him that failure to file an amended complaint within the

designated time would result in the dismissal of the action.  Id at 2-3.

          Plaintiff requested and was granted extensions of time per orders filed on

December 18, 2007, March 25, 2008 and May 1, 2008.  In the last order, the

court directed him to file an amended complaint by no later than May 30, 2008.

May 1, 2008 Order at 1.

1    To date, plaintiff has not filed an amended complaint or requested a

2    further extension of time to do so.  The complaint is DISMISSED for failure to

3    state a claim against the named defendants.

4    The clerk shall enter judgment in accordance with this order, terminate all

5    pending motions as moot and close the file.

6    SO ORDERED.

7

8    _____

     VAUGHN R WALKER

9    United States District Chief Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   G:\PRO-SE\VRW\CR.07\Brissette, T1.dismissal.wpd          2