UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


BRISSETTE SR.,

          Plaintiff,

  v.

R. HIGGINS et al,

          Defendant.

                                    /

Case Number: C07-3922 VRW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Thomas Floyd Brissette D12613 A2B115
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95531


Dated: June 23, 2008

                                 Richard W. Wieking, Clerk
                                 By: Cora Klein, Deputy Clerk

                                 *Cora Klein*