1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   THOMAS FLOYD BRISSETTE SR.,              No. C 07-3922   VRW

7              Plaintiff,
                                            **JUDGMENT IN A CIVIL CASE**
8       v.

9   R. HIGGINS, et al.,

10             Defendant.
    _____/

11

12      **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues

13  have been tried and the jury has rendered its verdict.

14      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The

15  issues have been tried or  heard and a decision has been rendered.

16          **IT IS SO ORDERED AND ADJUDGED** that in accordance with the Court's

17  order of dismissal filed June 23, 2008, judgment in this action shall be entered in favor of

18  defendants and against plaintiff.

19

20  Dated: June 23, 2008                     Richard W. Wieking, Clerk

21                                           By: *Cora Klein*

22                                           Deputy Clerk

23

24

25

26

27

28